UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STILTON POLITE,<br>            Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>            Defendant. | No. 3:21-cv-01204 (SRU) |

### ORDER GRANTING COMMISSIONER'S CONSENT MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND

The defendant, Kilolo Kijakazi, Acting Commissioner of the Social Security Administration ("Commissioner"), has moved to enter judgment under sentence four of 42 U.S.C. § 405(g), with a reversal and remand of the cause to the Commissioner for further action. *See* Doc. No. 13. Counsel for the Commissioner has contacted counsel for Plaintiff, Ivan M. Katz, Esq., who consents to the relief sought in this motion.

Under sentence four of 42 U.S.C. § 405(g), I have the authority to enter a judgment with a reversal and remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). Remand for further development of the record is appropriate when gaps exist in the administrative record or when the administrative law judge ("ALJ") committed legal error. *See Parker v. Harris*, 626 F.2d 225, 235 (2d Cir. 1980).

Here, the Commissioner has determined that a remand of the case for additional administrative action is necessary. Upon remand, the ALJ will be instructed to: (1) offer the claimant a *de novo* hearing; (2) pose to a vocational expert hypothetical questions reflecting all of the limitations contained in the residual functional capacity ("RFC") finding made by the ALJ;

(3) identify and resolve any conflicts between the vocational expert's testimony and the Dictionary of Occupational Titles ("DOT"); (4) take further action to complete the administrative record; and (5) issue a new decision.

Accordingly, I **GRANT** the Commissioner's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g). The Clerk shall enter a judgment of reversal and remand under sentence four of 42 U.S.C. § 405(g), and shall remand the case to the Commissioner for further proceedings consistent with the motion.

So ordered.

Dated at Bridgeport, Connecticut, this 16th day of November 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge